THE STATE EX REL. POTTS, APPELLANT, *v.* FAYETTE
TUBULAR PRODUCTS, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Potts v. Fayette Tubular Prods.,
Inc.*, 121 Ohio St.3d 136, 2009-Ohio-719.]

(No. 2008–0660—Submitted February 3, 2009—Decided February 24, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., not participating.

Gallon, Takacs, Boissoneault & Schaffer Co., L.P.A., and Theodore A. Bowman, for appellant.

Richard Cordray, Attorney General, and Eric C. Harrell, Assistant Attorney General, for appellee Industrial Commission of Ohio.